

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00307-CV

| | | |
|---|---|---|
| NORBERT BOLDA, Appellant | § | On Appeal from the 367th District Court |
| | § | of Denton County (15-10814-367) |
| V. | § | August 28, 2019 |
| CLIVALLER BOLDA, Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Norbert Bolda shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack